IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03152-BNB

JOHN W. WALSH,

    Applicant,

v.

CHARLIE CRIST, Governor of the State of Florida, and
ANGEL MEDINA, Warden, Limon Correctional Facility,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 2 2011

GREGORY C. LANGHAM
CLERK

---

ORDER DISMISSING CASE

---

Applicant, John W. Walsh, proceeding *pro se*, submitted to the Court for filing two copies of an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and two copies of a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Court inadvertently commenced two separate actions--the instant action and case number 10-cv-03148-BNB. In order to correct this mistake, the Court will dismiss the instant action without prejudice, and Mr. Walsh may pursue his claims in the lower-numbered action. Accordingly, it is

ORDERED that the habeas corpus application (Doc. #1) filed on December 28, 2010, is denied and the action is dismissed without prejudice to Applicant's claims in civil action number 10-cv-03148-BNB. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (Doc. #2) filed on December 28, 2010, is denied without prejudice.

DATED at Denver, Colorado, this 12th day of January, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03152

John W Walsh
Prisoner No. 105021
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk